IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00039-GPG

CHESTER LEE RENEAU,

    Plaintiff,

v.

JOHN/JANE DOES, In Both Their Individual and Official Capacities,
JAMIE SOUCIE, Director of Clinical Services at Sterling Correctional Facility, In Both her
    Individual and Official Capacities,
DOCTOR HELENE CHRISTNER, In Both her Individual and Official Capacities, and
DOCTOR MAURICE FAUVEL, In his Individual Capacity,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a presiding judge and when appropriate to a magistrate judge pursuant to D.C.COLO.LCivR 40.1.   Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.

    DATED February 18, 2016, at Denver, Colorado.

                                  BY THE COURT:



---

Gordon P. Gallagher
United States Magistrate Judge