IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00039-MSK-MJW

CHESTER LEE RENEAU,

Plaintiff,

v.

JOHN/JANE DOE, *in his or her individual and official capacities*,
JAIMIE SOUCIE, *in her individual and official capacities*,
HELENE CHRISTNER, *in her individual and official capacities*, and
MAURICE FAUVEL,  *in his individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Order to Disclose Information (Docket No. 23), construed as a motion for early discovery under Fed. R. Civ. P. 26(d)(1), is GRANTED.  The information requested (the identity of the individuals responsible for denying Plaintiff's MRI request) shall be treated as Plaintiff's first interrogatory.  Defendant Fauvel is directed to serve a response to the interrogatory on or before April 25, 2016;

- Plaintiff's Motion for Order to Reply (Docket No. 24) is DENIED. Defendants shall have all the time that is due them under the Federal Rules of Civil Procedure to file an answer or other response to Plaintiff's pleadings.

- Defendant Jamie Soucie's Motion for Extension of Time to Answer or Otherwise respond to Plaintiff's Amended Complaint (Docket No. 25) is GRANTED.  Defendant Soucie shall file an answer or other response to the operative complaint on or before April 25, 2016.

Date: March 30, 2016